JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ESTES AUTOMOTIVE GROUP, INC. DBA MERCED HYUNDAI, a California Corporation, ESTES HOLDING COMPANY, LLC, a California limited liability company, JIM ESTES, and CARL SCHNEIDER, an Individual,,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California Corporation, HYUNDAI CAPITAL AMERICA, FORMERLY KNOWN AS HYUNDAI MOTOR FINANCE COMPANY, a California Corporation, JOHN MORIARTY, an Individual, SAM FROBE, an Individual, and Does 1-10 Inclusive,<br><br>Defendants. | CASE NO. SACV10-00287 JST(RNBx)<br><br><br>**JUDGMENT IN FAVOR OF DEFENDANTS HYUNDAI MOTOR AMERICA AND HYUNDAI CAPITAL AMERICA** |

The Court, having entered an order granting the Motions for Summary Judgment submitted by Defendants Hyundai Motor America ("HMA") and Hyundai Capital America ("HCA"), as to Plaintiffs Estes Automotive Group, Inc. dba Merced Hyundai, Jim Estes, Carl Schneider and Estes Holding Company LLC (collectively, "Plaintiffs"),

IT IS ORDERED AND ADJUDGED AS FOLLOWS:

1. Judgment is entered in favor of HMA and HCA against Plaintiffs as to the First Cause of Action for violation of the Automobile Dealer's Day in Court Act, 15 U.S.C. § 1221.

2. Plaintiffs' six remaining claims are dismissed.

3. HMA and HCA are the prevailing parties and shall be entitled to costs of suit herein.

Date:  March 25, 2011    _____
                          Honorable Josephine Staton Tucker

1